## 6395.　GROVER *v.* THE STATE.

BROYLES, J. The only grounds of the motion for a new trial were the usual general ones. The verdict was amply supported by the evidence, and no error of law appears.　　　*Judgment affirmed.*

DECIDED SEPTEMBER 25, 1915.

Indictment for larceny of hog; from Miller superior court—Judge Worrill. October 31, 1914.

*W. I. Geer,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.

---

## 6202.　DUNDEE WOOLEN MILLS *v.* EDISON.

BROYLES, J. 1. Under repeated rulings of this court and of the Supreme Court, an assignment of error on the overruling of a motion for a nonsuit will not be considered, if the case proceeds to a verdict, and the defendant excepts to the overruling of a motion for a new trial, on the ground that the verdict is contrary to the evidence and without evidence to support it.

2. It is never error for a judge to refuse to direct a verdict.

3. The court did not err in allowing the amendment adding a new count to the plaintiff's petition; it did not set up a new cause of action, but only alleged a breach of the same contract in a different manner, and was not otherwise objectionable.

4. There was some evidence to sustain the verdict, and no material error appears in the charge of the court.　　　*Judgment affirmed.*

DECIDED OCTOBER 1, 1915.

Attachment; from city court of Atlanta—Judge H. M. Reid. October 31, 1914.

*C. B. Rosser Jr.,* for plaintiff in error.

*Smith, Hammond & Smith,* contra.